# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REBECA CASILLAS, | ) | NO. CV 09-3062 FMO |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed.

Dated this 20th day of September, 2010.

                                                                        /s/
                                                  Fernando M. Olguin
                                          United States Magistrate Judge